**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 07a0603n.06
Filed: August 21, 2007

**No. 06–4233**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | |
|---|---|
| CRANPARK, INC., | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| v. | ) ON APPEAL FROM THE |
| | ) UNITED STATES DISTRICT |
| CEDARAPIDS, INC., | ) COURT FOR THE NORTHERN |
| | ) DISTRICT OF OHIO |
| Defendant-Appellee. | ) |

**Before:** **KEITH, GRIFFIN, Circuit Judges; and VAN TATENHOVE, District Judge.**[*]

**PER CURIAM.** Plaintiff, Cranpark, Inc. ("Cranpark"), sued Defendant, Cedarapids, Inc. ("Cedarapids"), in the Northern District of Ohio, alleging (1) breach of contract, (2) breach of express warranties, (3) breach of the implied warranties of merchantability and of fitness for a particular purpose, (4) breach of duty to repair, (5) misrepresentation, and (6) fraud. Concluding that Cranpark's claims are barred under the parties' contractual agreement and the economic loss doctrine, the district court granted summary judgment in favor of Cedarapids. Cranpark now appeals.

Because the reasons supporting summary judgment in favor of Cedarapids have been well articulated by the district court's thoughtful opinion, a detailed written opinion by this Court would serve no valuable purpose. Therefore, we **AFFIRM** the district court's grant of summary judgment

---

[*] The Honorable Gregory F. Van Tatenhove, United States District Judge for the Eastern District of Kentucky, sitting by designation.

on the basis of its written opinion.